# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 29, 2022

Lyle W. Cayce
Clerk

No. 21-20482

Randall E. Rollins,

*Plaintiff—Appellant*,

*versus*

State of Texas; State Commission on Judicial Conduct;
Lincoln Goodwin, *individually and in his official capacity as Harris
County Justice Court Judge*; Harris County; Tommy Ramsey,
*Individually and in his official capacity as Assistant Harris County Attorney*;
LaShawn Williams, *Individually and in her Official Capacity as Harris
County Civil Court at Law Judge*,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-1514

Before Jones, Ho, and Wilson, *Circuit Judges*.

Per Curiam:*

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

Randall Rollins alleges that the district court improperly granted the Defendants' motions to dismiss, which terminated his case against several Texas judges, the State of Texas, the Texas Commission on Judicial Conduct, and a county attorney. The district court held variously that it lacked subject matter jurisdiction over the claims due to sovereign immunity and because Rollins had not demonstrated standing for his claims. Additionally, the court determined that judicial immunity applied to bar any claims against the judges.

After review of the briefs and record, we conclude that the district court thoroughly considered the case brought by Rollins, fairly considered its jurisdiction and the defenses to the claims asserted, and committed no reversible error in its decision. Accordingly, we AFFIRM the judgment of the district court essentially for the reasons stated in its thorough, well-reasoned opinion.